*John G. Milburn, Jr.*, for appellant.

*John W. Crandall* and *Leavitt J. Hunt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of THEODORUS BAILEY, Respondent, *v.*
ROBBINS S. RUTHERFORD, Appellant.

(Submitted September 27, 1926; decided September 28, 1926.)

Motion to amend remittitur denied, without costs.
(See 242 N. Y. 220, 570.)

---

In the Matter of the Application of BUCK, KIAER &
Co., INC., Respondent, for an Order of Arbitration
against WM. HARTMANN & Co., INC., Appellant.

*Arbitration — contract of sale — order directing arbitration modified by
striking out portion appointing arbitrator and reference to samples
and by providing that arbitration proceed before arbitrators appointed
in accordance with contract.*

*Matter of Buck, Kiaer & Co., Inc.,* v. *Hartmann & Co., Inc.,* 216
App. Div. 751, modified.

(Argued June 7, 1926; decided October 5, 1926.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
March 31, 1926, which modified and affirmed as modified
an order of Special Term directing arbitration and appoint-
ing an arbitrator to hear and determine certain disputes
arising under a contract of sale of wood pulp which pro-
vided that disputes as to quality should be settled by
arbitrators, one to be appointed by each party and they
to select an umpire.

*James W. Mack* and *J. Schnebel* for appellant.

*Joseph Lorenz* and *Junius M. Horner* for respondent.

Order of Appellate Division modified by striking out
that portion thereof appointing Alexander Rose arbitrator
to hear and determine the matters and things set forth
under the letters " A," " B," " C " and " D " in the

notice of motion herein and by striking out the reference made in said items "A," "B" and "C" to samples submitted by Wm. Hartmann & Co., Inc., prior to the making of the contract referred to in the petition, and by providing that the arbitrators appointed by the parties proceed to determine the matters and things set forth under letters "A," "B," "C" and "D" in the said notice of motion as so modified, appointing an umpire before proceeding with the hearing, and as so modified affirmed, without costs to either party; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

LOUIS WEINGAST, Appellant, *v.* RIALTO PASTRY SHOP, INC., et al., Respondents.

(Submitted September 27, 1926; decided October 5, 1926.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 243 N. Y. 113.)

---

BERNHARD VOSS, Appellant, *v.* W. J. MARTIN COAL COMPANY et al., Respondents. (Two cases.)

(Submitted September 27, 1926; decided October 5, 1926.)

Motion for reargument denied, without costs.

Motions to amend remittiturs granted. Return of remittitur requested and when returned, remittitur will be amended by striking therefrom the provision "with costs to the respondents" and substituting the provision "without costs to either party." (See 243 N. Y. 545.)

---

BOTTLERS SEAL COMPANY, Suing on Behalf of Itself and Other Creditors of TEAR OFF BOTTLE SEAL COMPANY, Respondent, *v.* ROY A. RAINEY et al., Appellants.

(Submitted September 27, 1926; decided October 5, 1926.)

Motion to amend remittitur in regard to costs denied. Otherwise granted, without costs. Return of remittitur